No. 749.  STATE OF TEXAS *v.* DAVID FASKEN, A. FASKEN,
ROBERT FASKEN, ET AL.  Appeal from the District Court
of the United States for the Western District of Texas.
Motion to dismiss submitted May 16, 1927.  Decided
May 31, 1927.  *Per Curiam.*  Appeal dismissed for want
of jurisdiction under the provisions of the Act of February
13, 1925, 43 Stat. 936.  Motion of the appellant to trans-
fer the case to the Circuit Court of Appeals for the Fifth
Circuit is denied under the same Act.  The motion in the
alternative to docket as an original cause is denied with-
out prejudice.  *Mr. Charles L. Black* for appellees, in sup-
port of the motion.  *Messrs. Dan Moody, Claude Pollard,*
and *D. A. Simmons* for the State of Texas, in opposition
thereto.